IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIOVANNY VEGA,

               Plaintiff,

   v.

                                                CIVIL ACTION
                                                 NO. 16-1528

MAYOR MICHAEL NUTTER, et al.,

               Defendants.

## <u>ORDER</u>

**AND NOW**, this   25th   day of August, 2017, upon consideration of Defendants'

Motion to Dismiss (Docket No. 6), and all supporting and opposing papers, and for the

reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as

follows:

1. Defendants' Motion to Dismiss (Docket No. 6) is **DENIED**.

2. Plaintiff is **GRANTED** leave to amend the complaint.

3. Plaintiff's amended complaint shall be filed within thirty (30) days from the

    date of this Order.


                                           **BY THE COURT:**


                                         **<u>/s/ Jeffrey L. Schmehl</u>**
                                         Jeffrey L. Schmehl, J.